Union Bank of Brooklyn, Appellant, v. David Schneider and Others, Defendants, Impleaded with Rosie Feiner and Others, Respondents.— Motion dismissed, without costs. Present—Burr, Thomas, Carr, Woodward and Rich, JJ.

Ralph S. Baldwin, an Infant over the Age of Fourteen Years, by Winfield H. Baldwin, His Guardian ad Litem, Appellant, v. The Locomobile Company of America, Respondent.—Judgment and order affirmed, with costs, upon the authority of *Baldwin* v. *Locomobile Co.* (143 App. Div. 599). Jenks, P. J., Burr, Thomas and Carr, JJ., concurred; Woodward, J., dissented.

Bernhard Cetron, Respondent, v. Henry D. Levy, Appellant.—Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground of error in the ruling of the trial court in excluding the question addressed to the witness Cohen, on re-cross examination, as to the source from which he procured the sum of $100 as shown therein. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Vincent Di Palma, Respondent, v. John C. Sheehan, Appellant, Impleaded with John J. O'Brien, Defendant.—Judgment and order unanimously affirmed, with costs. No opinion. Present—Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Louis B. Enton, Appellant, v. The Nassau Electric Railroad Company, Respondent.—Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Carr, Woodward and Rich, JJ., concurred.